**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 20 B 19194 |
| | ) | |
| CRYSTAL HAWKINS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

**NOTICE OF MOTION OF EXETER FINANCE LLC
TO MODIFY AUTOMATIC STAY**

VIA ELECTRONIC NOTICE:

To:  Gregg Szilagyi, Esq. (Trustee)           David M. Siegel, Esq. (Debtor's Counsel)
      209 South LaSalle Street, Suite 950      David M. Siegel & Associates
      Chicago, Illinois 60604                  790 Chaddick Drive
                                               Wheeling, Illinois 60090

VIA U.S. MAIL:

To:  Crystal Hawkins (Debtor)
      2855 224th Street
      Sauk Village, Illinois 60411

PLEASE TAKE NOTICE that on November 17, 2020 at 10:00 a.m., I will appear telephonically before the Honorable Jack B. Schmetterer, or any judge sitting in his/her stead, and present the *Motion of Exeter Finance LLC to Modify Automatic Stay*, a copy of which is attached.

**This Motion will be presented and heard electronically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-877-336-1839; Access Code: 3900709**.

**If you object to this Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the Motion in advance without a hearing.

                                                  Respectfully submitted,
                                                  EXETER FINANCE LLC,
                                                  Creditor,
                                                  By: ___/s/ Cari A. Kauffman___
                                                  One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on November 6, 2020, before the hour of 5:00 p.m.

                                                     ___/s/ Cari A. Kauffman___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 20 B 19194 |
| | ) | |
| CRYSTAL HAWKINS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

### MOTION OF EXETER FINANCE LLC
### TO MODIFY AUTOMATIC STAY

EXETER FINANCE LLC ("Exeter"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2020), and such other Sections and Rules may apply, to enter an Order modifying the automatic stay provided therein. In support thereof, Exeter states as follows:

1. On October 25, 2020, Crystal Hawkins ("Debtor") filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

2. Exeter is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2014 Chevrolet Sonic motor vehicle bearing a Vehicle Identification Number of 1G1JC5SHXE4233842 (the "Vehicle"). (See Ex. "A").

3. The current total outstanding balance due to Exeter from the Debtor for the Vehicle is $10,709.44.

4. Debtor has failed to provide Exeter with proof of full coverage insurance for the Vehicle listing Exeter as the lienholder/loss payee and has failed to make required payments to Exeter due on and after August 13, 2020.

5. As such, coupled with Debtor's stated intent to surrender, Exeter seeks relief from the automatic stay so that Exeter may take possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtor.

6. Debtor has not offered, and Exeter is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

7. Exeter will suffer irreparable injury, harm, and damage should it be delayed in taking possession of and foreclosing its security interest in the Vehicle.

8. Exeter requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** Exeter Finance LLC respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay provided by Section 362 of the Bankruptcy Code to permit Exeter to take immediate possession of and foreclose its security interest in the 2014 Chevrolet Sonic motor vehicle bearing a Vehicle Identification Number of 1G1JC5SHXE4233842; and, for such other, further, and different relief as this Court deems just and proper.

    Respectfully submitted,

    EXETER FINANCE LLC,
    Creditor,

    By: ___/s/ Cari A. Kauffman___
    One of its attorneys

David J. Frankel. (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)